HENRY FROST ET UX., RESPONDENTS, v. MORRIS ALPER, APPELLANT.

Argued February 6, 1946—Decided April 25, 1946.

For the appellant, *Jerome Alper.*

For the respondents, *David Weinick.*

PER CURIAM.

The legal situation in this case is similar to that which was considered by this court at length in *Zuest* v. *Ingra,* decided on January 31st, 1946. Our opinion in that case is reported in 134 *N. J. L.* 15.

For the reasons stated in that opinion, the judgment under review will be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, PARKER, DONGES, HEHER, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, Mc-GEEHAN, JJ. 11.